IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| STEFFENY BERNARD FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-CV-0922-IPJ-RRA |
| | ) | |
| DOCTOR STEPHANIE BURRELL, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 19, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  The plaintiff filed objections on November 2, 2011.

The plaintiff objects to the report and recommendation on the ground that he is being denied due process because the rulings on the BP10 were not delivered to him in a timely manner so that he could respond within the time limit set by the Central Office.  The plaintiff blames the "chain of command" at FCI-Talladega, and asserts that they are violating his right to due process. (Doc.27)

The plaintiff has raised a due process claim against "the chain of command" for the first time in his objections to the report and recommendation.  Also, the plaintiff has failed to present additional evidence to dispute the conclusion of the magistrate judge that he failed to exhaust his administrative remedies.  Finally, the only defendant named in this lawsuit is the dentist, who could not be liable in such claim.

Having carefully reviewed and considered *de novo* all the materials in the court file, including

the report and recommendation, and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED. A Final Judgment will be entered.

      DONE this the 16th day of November 2011.

                                        INGE PRYTZ JOHNSON
                                        U.S. DISTRICT JUDGE